## THOMAS HEALEY *v.* HAWKEYE CONSTRUCTION, LLC, ET AL.*

The named defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 215 (AC 30894), is granted, limited to the following issue:

* The appeal was withdrawn October 10, 2012.

"Did the Appellate Court properly determine that the formation of the employment contract in Connecticut provided sufficient basis for application of this state's workers' compensation laws?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18730.

*Robert K. Jahn,* in support of the petition.

Decided January 13, 2011